CAUSE NO. 14556

STATE OF TEXAS

VS.

WINSTON CLAYTON HOLT

FILED FOR RECORD

JUN 17 PM 2:28

6th COURT OF APPEALS
TEXARKANA, TEXAS
6/18/2015 1:16:47 PM
DEBBIE AUTREY
Clerk
DEPUTY

IN THE COUNTY COURT

IN AND FOR

MARION COUNTY, TEXAS

## NOTICE OF APPEAL

TO SAID HONORABLE COURT:

COMES NOW Winston Clayton Holt, defendant in the above styled and numbered cause, and gives notice of appeal from the sentence imposed against him in this cause on June 11, 2015, all pursuant to Rule 25.2, Rules of Appellate Procedure, and further shows that this is an appeal from a jury trial in which Defendant was found guilty and his punishment was assessed by the jury at 180 days confinement in the Marion County Jail and a fine of $2000.00.

WHEREFORE, defendant requests the Clerk to file this notice of appeal and immediately send one copy to the Court of Appeals for the Sixth Judicial District and one copy to the State's attorney and that the Clerk prepare a Clerk's Record in accordance with Rule 34.5(a)(2), Texas Rule of Appellate Procedure, to be sent to the Clerk of the Court of Appeals.

Respectfully submitted,

James P. Finstrom
Counsel for Defendant
202 S. Marshall, P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
Texas Bar #07038000

## CERTIFICATE OF SERVICE

I certify that I have hand delivered a true copy of the foregoing Notice of Appeal to Angela Smoak, counsel for the State, on this 17th day of June, 2015.

James P. Finstrom